```
BILAL A. ESSAYLI                                          JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
MICHAEL MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4836
        E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURAPON LERTSAPPASAP, | Case No. 2:25-cv-02823-SK |
| Plaintiff, | |
| | **JUDGMENT OF REMAND** |
| v. | |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 7, 2025

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE