# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURAPON LERTSAPPASAP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:25-cv-02823-SK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $2,600.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  August 12, 2025

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-